**614**

(122 So. 920)
**Pink CANNERDAY v. STATE.  (8 Div. 824.)**

Court of Appeals of Alabama.  May 21, 1929.

BRICKEN, P. J.  Appeal dismissed.

(127 So. 917)
**Joe CARDEN v. CITY OF PHENIX CITY.
4 Div. 689.**

Court of Appeals of Alabama.
March 27, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(122 So. 920)
**Mat CARPENTER v. STATE.  (I Div. 875.)**

Court of Appeals of Alabama.  May 7, 1929.

O. P. Lee, of Opelika, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.  Affirmed.

(121 So. 920)
**Tom CARROLL v. STATE.  (7 Div. 408.)**

Court of Appeals of Alabama.  April 9, 1929.

Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.  There was a general verdict by the jury of guilty as charged in the indictment.  The indictment in the first count charged the defendant with distilling, making, or manufacturing prohibited liquors, naming them; and in the second count he was charged with the unlawful possession of a still, etc., to be used for that purpose.  The appeal is upon the record proper, there being no bill of exceptions.  Upon examination we find the record regular in all things and without error.  The judgment of conviction, from which this appeal was taken, will stand affirmed.
Affirmed.

(127 So. 918)
**Henry CARTER v. STATE.
4 Div. 643.**

Court of Appeals of Alabama.
April 15, 1930.

RICE, J.
Affirmed.

(121 So. 920)
**James CATON v. STATE.  (5 Div. 741.)**

Court of Appeals of Alabama.  April 16, 1929.

RICE, J.  Affirmed.

(122 So. 920)
**C. A. CHAMBERS v. CITY OF BIRMINGHAM.  (6 Div. 577.)**

Court of Appeals of Alabama.  April 30, 1929.

SAMFORD, J.  Affirmed.

(122 So. 920)
**C. A. CHAMBERS v. CITY OF BIRMINGHAM.  (6 Div. 541.)**

Court of Appeals of Alabama.  April 30, 1929.

SAMFORD, J.  Affirmed.

(122 So. 920).
**C. A. CHAMBERS v. CITY OF BIRMINGHAM.  (6 Div. 544.)**

Court of Appeals of Alabama.  April 30, 1929.

SAMFORD, J.  Affirmed.